UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-22087- CIV- GOLD/McALILEY

GEORGINA DE LEON, MANUEL LOPEZ,
AIDA FLORES, AIDA VILLARTA, MICHAEL
WISEMAN, and GLORIA CAMPOS,

    Plaintiff,

vs.

HIALEAH HOUSING AUTHORITY, JOSE
MARTINEZ, JULIO PONCE, BARBARA HERNANDEZ,
MAIDA GUTIERREZ, LUISA RODRIGUEZ,
and LOURDES LAZANO.

    Defendants.

_____

## MOTION FOR SUBSTITUTION OF PARTIES

I. MOTION

    Pursuant to Federal Rule of Civil Procedure 25(d), Plaintiffs, through their undersigned attorneys, moves this Court for an Order Substituting Defendants who have been sued in their official capacity and no longer serve in any official capacity relevant to this litigation. The grounds for this motion are as follows:

    1.    Plaintiffs filed a Complaint against Defendants on July 17, 2009.

    2.    On July 17, 2009 Alex Morales was serving as Executive Director of the Hialeah Housing Authority (hereafter "HHA") and was sued in his official capacity by Plaintiffs.

    3.    On July 17, 2009, Alicia Perez, Jose Luis Paniagua, Benjamin Alverez, and Ana

Wydra were serving on the Board of Commissioners of HHA and were sued in their official capacity by Plaintiffs.

4.  On or about November 11, 2009, the terms of Commissioner Alicia Perez, Commissioner Jose Luis Paniagua, Commissioner Benjamin Alverez, and Commissioner Ana Wydra (hereafter "former commissioners") were ended and since that time they no longer serve on the Board of Commissioners for HHA.

5.  On or about November 11, 2009, Barbara Hernandez, Maida Gutierrez, Luisa Rodriguez, and Lourdes Lazano were appointed to HHA Board of Commissioners and currently serve in that capacity. These new Commissioners replaced the former Commissioners in their official capacity as Commissioners of HHA Board of Commissioners.

6.  On our about November 13, 2009, Alex Morales was suspended as Executive Director of HHA. On December 10, 2009, Alex Morales was terminated as Executive Director of HHA and is no longer employed by HHA in any capacity.

7.  On or about November 13, 2009, Jose Martinez was appointed as Interim Executive Director of HHA. Jose Martinez replaces Alex Morales in his official capacity as Executive Director of HHA.

II. MEMORANDUM OF LAW

8.  Pursuant to federal rules, "An action does not abate when a public officer who is a party in an official capacity dies, resigns or otherwise ceases to hold office while the action is pending. The officers's successor is automatically substituted as a party..." The rule further states that "The Court may order substitution at any time..." (*See* Fed. Rule Civ. Pro. 25(d))

9.  Defendant Alex Morales should be substituted as a party by Jose Martinez since

2

Jose Martinez has replaced Alex Morales as the Executive Director of HHA.

10. Former HHA Commissioners Alicia Perez, Jose Luis Paniagua, Benjamin Alverez, and Ana Wydra should be substituted as parties by Barbara Hernandez, Maida Gutierrez, Luisa Rodriguez, and Lourdes Lazano, since Barbara Hernandez, Maida Gutierrez, Luisa Rodriguez, and Lourdes Lazano are the new Commissioners of HHA and replace the former commissioners in their official capacity.

11. Defendants consent to this Motion for Substitution of Parties.

WHEREFORE, Plaintiff moves this Court to enter an Order substituting Defendant Alex Morales with Jose Martinez, and substituting Defendants Alicia Perez, Jose Luis Paniagua, Benjamin Alverez, and Ana Wydra with Barbara Hernandez, Maida Gutierrez, Luisa Rodriguez, and Lourdes Lazan.

Respectfully submitted,

Jeffrey Hearne, Esq.
Fla. Bar No. 512060
Sean Rowley, Esq.
Fla. Bar No. 0026935

Legal Services of Greater Miami, Inc.
3000 Biscayne Blvd.
Suite 500
Miami, Florida
305-438-2414
Fax: 305-573-5800

Randall C. Berg, Jr., Esq.
Fla. Bar No. 0318371
Joshua A. Glickman, Esq.
Fla. Bar No. 43994
Shawn A. Heller, Esq.

                    Fla. Bar No. 46346

                    Florida Justice Institute, Inc.
                    100 S.E. 2nd Street
                    4320 Bank of America Tower
                    Miami, Florida  33131-2309
                    305-358-2081
                    Fax 305-358-0910
                    rberg@FloridaJusticeInstitute.org

                    By:    /s/ Sean Rowley
                            Sean Rowley, Esq.
                            Attorneys for the Plaintiffs

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on December 15, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document was served on all counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.


                      /s/ Sean Rowley
                      Sean Rowley, Esquire


## SERVICE LIST

PATRICK H. GONYEA, ESQ.
Florida Bar No.:0055042
Vernis & Bowling of Miami
1680 NE 135th Street
North Miami Beach, Florida 33181
Telephone: (305) 895-3035
Facsimile: (305) 892-1260
pgonyea@florida-law.com
*Served via electronic filing*

J. FROST WALKER, ESQ.
Florida Bar. No.: 109518
Law Offices of Citrin & Walker
100 West Sunrise Avenue
Coral Gables, FL 33133

Telephone: (305) 669-4488
Facsimile: (305) 284- 8460
jfrosty@bellsouth.net
*Served via electronic filing*