UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 09-22087-CIV-GOLD/MCALILEY


GEORGINA DE LEON, MANUEL LOPEZ, et. al.

   *Plaintiffs,*

v.

HIALEAH HOUSING AUTHORITY, et. al.

   *Defendants*
_____/

## JOINT MOTION TO APPROVE ATTACHED SETTLEMENT AGREEMENT AND ENTER THE CONSENT DECREE

The parties, by and through undersigned counsel, request that the Court approve the attached Settlement Agreement, and enter the Consent Decree on page fourteen (14) therein.

Respectfully submitted,

*s/  Patrick H. Gonyea*
Patrick H. Gonyea, Esq.
Fla. Bar No.0055042
Pgonyea@florida-law.com
Vernis & Bowling of Miami
1680 NE 135th Street
North Miami, FL 33181-1748
Telephone: 305-895-5035
Fax: 305-891-1260
Attorneys for Defendants

*s/ John Frost Walker, III*
John Frost Walker, III, Esq.
Fla. Bar No. 109518
Jfrosty@bellsouth.net
Law Offices of Citrin & Walker
300 71st Street, suite 300
Miami Beach, FL 33141

Telephone: (305) 669-4488
Facsimile: (305) 284-8460
Attorneys for Defendants


 s/ Randall C. Berg, Jr.
Randall C. Berg, Jr., Esq.
Fla. Bar No. 0318371
Rberg@FloridaJusticeInstitute.org
Joshua A. Glickman, Esq.
Shawn A. Heller, Esq.
Florida Justice Institute, Inc.
100 SE 2nd Street
3750 MiamiTower
Miami, Florida 33131-2309
305-358-2081
Fax 305-358-0910
Attorneys for Plaintiffs


s/ Jeffrey Hearne
Jeffrey Hearne, Esq.
Fla. Bar No. 512060
Jhearne@LSGMI.ORG
Sean Rowley, Esq., (Fla. Bar No.:0026935)
Legal Services of Greater Miami, Inc.
3000 Biscayne Blvd.
Suite 500
Miami, Florida
305-438-2414
Fax 305-573-5800
Attorneys for Plaintiffs